# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-CR-03696-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE JOINT MOTION and JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| JOSE REYES-OJEDA, | |
| Defendant. | |

This matter comes before the Court upon the joint application of the parties to dismiss without prejudice the Indictment in this case under Rule 48(a) of the Federal Rules of Criminal Procedure.  For reasons stated in the joint motion, the court finds that the interests of justice are served by granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the joint motion to dismiss without prejudice the Indictment is GRANTED.

IT IS FURTHER ORDERED the defendant shall be released from the Western Region Detention Facility/GEO on Monday, September 13, 2021, or as soon thereafter as practicable, into the care and custody of Daniel Martinez Juarez (619) 678-4595. Defendant is not to be released on his own.

IT IS SO ORDERED.

DATED:  9/10/2021

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE